CALOGERO, C.J.,
would grant the stay order. In some seventeen cases pending in this Court from Orleans Parish, there has been a declaration of unconstitutionality with regard to La.Rev.Stat. 14:89 A(l) and/or 14:89 A(2): 99-KA-2014, 99-KA-2015, 99-KA-2016, 99-KA-2017, 99-KA-2018, 99-KA-2019, 99-KA-2020, 99-KA-2082, 99-KA-2083, 99-KA-2088, 99-KA-2089, 99-KA-2090, 99-KA-2901, 99-KA-2092, 99-KA-2093, 99-KA-2094, and 99-KA-0606. I would await the outcome of those cases before permitting this prosecution to go forward.
JOHNSON, J., not on panel.